# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS,<br><br>           Plaintiff,<br><br>      v.<br><br>OURIQUE, *et al.*,<br><br>           Defendants. | Case No.  1:22-cv-00026-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE<br><br>(ECF No. 14) |

Plaintiff Richard A. Evans ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 6, 2022, the Court issued findings and recommendations that Plaintiff's motion to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and Plaintiff be ordered to pay the $402.00 initial filing fee in full to proceed with this action.  (ECF No. 6.) Following several extensions of time, Plaintiff filed objections to the findings and recommendations on March 24, 2022, and a nearly identical set of objections on March 28, 2022. (ECF Nos. 12, 13.)  The findings and recommendations, as well as Plaintiff's objections, are currently pending before the assigned District Judge.

On April 21, 2022, Plaintiff filed a request for judicial notice.  (ECF No. 14.)  In his request, Plaintiff asks the Court to take judicial notice of certain allegations regarding the filing of inmate grievances related to the claims in this action, as well as a comment by the undersigned

1

that Plaintiff's complaint comprised a "laundry list."  Plaintiff attaches a number of exhibits, both copied and handwritten, which appear related to his exhaustion efforts or other lawsuits Plaintiff previously filed.  (*Id.*)

Plaintiff is informed that the unsupported allegations, unincorporated exhibits, and conclusory arguments included in this filing are not the type of facts that are judicially noticeable.  Federal Rule of Evidence 201(b) provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Civ. 201(b).  The allegations, arguments, and exhibits contained in Plaintiff's request do not meet these requirements.

Accordingly, Plaintiff's request for judicial notice, (ECF No. 14), is HEREBY DENIED.  The pending findings and recommendations, along with Plaintiff's objections, will be addressed by the assigned District Judge in due course.

IT IS SO ORDERED.

Dated:  **April 22, 2022**              /s/ Barbara A. McAuliffe            _
                                        UNITED STATES MAGISTRATE JUDGE