UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OURIQUE, *et al.*,<br><br>　　　　Defendants. | No.  1:22-cv-00026-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 6)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff Richard A. Evans ("Plaintiff") is a state prisoner, proceeding *pro se*, in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On January 6, 2022, the assigned magistrate judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action.  (Doc. No. 6.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3-4.)  Following several extensions of time, Plaintiff timely filed objections to the findings and recommendations on March 24, 2022.[1]  (Doc. No. 12.)

---

[1] Plaintiff filed another set of objections on March 28, 2022.  (Doc. No. 13.)  The objections are identical to those filed on March 24, 2022, except for a notation in the margin that Plaintiff is

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 6, 2022, (Doc. No. 6), are adopted in full;

2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis*, (Doc. No. 2), is denied; and

3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $402.00 filing fee in full to proceed with this action. If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   September 12, 2022

UNITED STATES DISTRICT JUDGE

---

submitting his objections for a second time to ensure they are received. (*Id.* at 1.)

2