# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS, | Case No. 1:22-cv-00026-ADA-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE |
| v. | |
| OURIQUE, *et al.*, | (ECF No. 19) |
| Defendants. | |

Plaintiff Richard A. Evans ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 6, 2022, the Court issued findings and recommendations that Plaintiff's motion to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and Plaintiff be ordered to pay the $402.00 initial filing fee in full to proceed with this action. (ECF No. 6.) Following several extensions of time, Plaintiff filed objections on March 24, 2022 and March 28, 2022. (ECF Nos. 12, 13.) On September 12, 2022, the assigned District Judge adopted the findings and recommendations in full and ordered Plaintiff to pay the $402.00 filing fee within twenty-one days to proceed with this action. (ECF No. 18.)

Currently before the Court is Plaintiff's motion for judicial notice, filed September 21, 2022. (ECF No. 19.) In his motion, Plaintiff requests that the Court take judicial notice of the attached documents "to substantiate the abuse of the grievance process, claim of 88863 for which

1

this 1983 was filed." (*Id.* at 1.)  Plaintiff also requests that the Court take judicial notice of "the conspiracy to deprive civil rights, on behalf of SATF-SP Grievance Office & Administration, as well as the Sacramento Office of Appeals (defendants in case)." (*Id.*)  Plaintiff has attached more than 70 pages of exhibits, including handwritten letters from Plaintiff to various courts and CDCR offices, responses to filed grievances, and other unlabeled documents. (*Id.*)

As Plaintiff was previously informed in response to his prior request for judicial notice, (ECF No. 15), the unsupported allegations, unincorporated exhibits, and conclusory arguments included in this filing are not the type of facts that are judicially noticeable.  Federal Rule of Evidence 201(b) provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Civ. 201(b).  The allegations, arguments, and exhibits contained in Plaintiff's request do not meet these requirements.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for judicial notice, (ECF No. 19), is DENIED; and
2. Pursuant to the District Judge's September 12, 2022 order, (ECF No. 18), Plaintiff must pay the $402.00 filing fee in full, on or before October 6, 2022, to proceed with this action.

IT IS SO ORDERED.

Dated:   **September 22, 2022**              /s/ *Barbara A. McAuliffe*     _
                                              UNITED STATES MAGISTRATE JUDGE